```
                                        FILED
                                   U.S. DISTRICT COURT
      IN THE UNITED STATES DISTRICT COURT   AUGUSTA DIV.

   FOR THE SOUTHERN DISTRICT OF GEORGIA 2006 JUN 26 PM 2: 36

              AUGUSTA DIVISION        CLERK _McCarthy_
                                        SO. DIST. OF GA.
```

| | |
|---|---|
| JERRY WALTERS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) CV 106-40 |
|  | ) |
| "PERDUE" et al., | ) |
|  | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The complaint in this case is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 26th day of June, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE